UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| IBRAHIM ABDULDAIEM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-01328-ACA-JHE |
| ) | |
| WILLIAM P. BARR, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

On January 17, 2020, the magistrate judge entered a report, recommending that the parties' joint motion to dismiss (doc. 7) be granted and the petition for writ of habeas corpus be dismissed as moot based on Petitioner Ibrahim Abduldaiem's release from ICE custody on an order of supervised release. (Doc. 8). Although the magistrate judge advised Mr. Abduldaiem of his right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Because Mr. Abduldaiem is no longer in ICE custody, the court cannot provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the court

**WILL GRANT** the joint motion to dismiss (doc. 7) and **WILL DISMISS** the petition **WITHOUT PREJUDICE**.

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this February 24, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE